UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 56 (KPF) |
| JOHN DUNCAN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to the COVID-19 Pandemic and restrictions on access to the Courthouse, Defendant John Duncan's sentencing, previously scheduled for June 16, 2020 is hereby ADJOURNED to **August 27, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  Defendant Duncan's sentencing submission shall be due **August 13, 2020**.  The Government's sentencing submission shall be due **August 20, 2020**.

SO ORDERED.

Dated:   June 2, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge