MEMO ENDORSED

LAW OFFICE OF
## JESSE M. SIEGEL

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

April 17, 2023

**BY ECF**

Hon. Katherine Polk Failla, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. John Duncan*, 18 Cr. 56 (KPF).

Dear Judge Failla:

I represented John Duncan in the above matter. I request that I be re-appointed to represent him and submit an application to the Court for early termination of his supervised release. He has successfully completed more than two years of the three-year term imposed, completed a drug program, and has worked for most of the time that he has been on supervised release. I have spoken with his Probation Officer, who said he would support such an application.

Thank you for your attention to this request.

Very truly yours,

/s
Jesse M. Siegel

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 150.

Dated:    April 17, 2023          SO ORDERED.
          New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE